AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

451669

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 05-00139ACK-01 |
| OMAR ISAAC ZAMORANO | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2008

at 11 o'clock and 35 min. ___ M.
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST OMAR ISAAC ZAMORANO and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court, charging him or her with (brief description of offense)

ORDER OF THE COURT - ALLEGED VIOLATION(S) OF SUPERVISED RELEASE.

SEALED
BY ORDER OF THE COURT

in violation of Title   United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | JUNE 29, 2007  at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at   NO BAIL        By: Alan C. Kay, Senior United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at *Los Angeles, CA.* | | |
| Date Received 6/29/07 | NAME AND TITLE OF ARRESTING OFFICER Arthur Oh / Dusa | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 5/7/08 | | |