

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

DATE: May 12, 2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 16 2008
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

_____ District Of Hawaii
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Transfer of  ☐ Criminal Case   or  ☑ Magistrate Case
Case No. MJ 8-1097          Case Title: USA v Omar Isaac Zamorano

CR 05-00139 ACK

Dear Sir/Madam:

**Pursuant to Rule 5:**
☐ Certified copy of case file documents (Filed prior to January 1, 2007**) and docket sheet
☑ This is an electronically filed case and the documents are available through pacer
☑ Not for public view document (pursuant to Judicial Conference policy)
☐ Original Bond        or     ☐ Original Bond to be forwarded by Fiscal
☐ Original Passport    or     ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Other _____

**Pursuant to ☐ Rule 20 / ☐ Rule 21:**
☐ This is an electronically filed case and the document are available through pacer.
☐ Certified copy of docket sheet
☐ Certified copy of Indictment / Information**      ☐ Original Consent of defendant
☐ Original Passport                 or              ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other _____

**Note: Documents filed on or after January 1, 2007 are available electronically through PACER. Electronically filed documents can be retrieved by using your court's pacer account.

Sincerely,

Clerk, U.S. District Court

By Janet Aghbolaghi
Deputy Clerk   213-894-1527

cc: *U.S. Attorney - Central District of California and Receiving District, Pretrial Services*

---

**TO BE COMPLETED BY RECEIVING DISTRICT**   District of Hawaii, Honolulu

Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number:

☐ CrimIntakeCourtDocs-LA@cacd.uscourts.gov   (Los Angeles Offices)
☐ CrimIntakeCourtDocs-RS@cacd.uscourts.gov   (Riverside Office)
☐ CrimIntakeCourtDocs-SA@cacd.uscourts.gov   (Santa Ana Office)

Case No: _____          Clerk, U.S. District Court

_____          By: _____
Date                      Deputy Clerk

CR-48 (05/08)        LETTER RE: RULE 5, 20 and 21 - TRANSFER OUT