

FILED
CLERK, U.S. DISTRICT COURT
MAY - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER MJ 08-1097 |
|---|---|
| PLAINTIFF(S) v. Omar Isaac Zamorano DEFENDANT(S). | **FINAL COMMITMENT AND WARRANT OF REMOVAL** District of **Hawaii** At **Honolulu** (City) |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐ filing of a complaint before a U.S. Magistrate Judge
☐ an indictment by a Grand Jury
☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about December 7, 2006, in the District of Origin, the defendant did:
Alleged Violation(s) of Supervised Release
in violation of Title 18, U.S.C., Section 3583

The defendant has now:
☒ duly waived identity hearing before me on May 7, 2008 .
☐ duly waived preliminary examination before me on _____.
☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☐ No bail has been set.
  ☒ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

May 7, 2008                                   _/s/ Suzanne Segal_
Date                                          United States Magistrate Judge

================================================================================
**RETURN**

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____        _____
Date                           Deputy

M-15 (08/99)               FINAL COMMITMENT AND WARRANT OF REMOVAL