CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:08-mj-01097-DUTY All Defendants

| | |
|---|---|
| Case title: USA v. Zamorano | Date Filed: 05/07/2008 |
| | Date Terminated: 05/07/2008 |

Assigned to: Duty Magistrate Judge

**Defendant**

| | | |
|---|---|---|
| **Omar Isaac Zamorano** (1)<br>*TERMINATED: 05/07/2008* | represented by | **Hilary L Potashner**<br>Federal Public Defenders Office<br>321 E 2nd St<br>Los Angeles, CA 90012-4206<br>213-894-2854<br>Email: zzCAC_FPD_Document_Receiving@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Defendant in violation of 18:3583 | Defendant is HELD to ANSWER to USDC, District of Hawaii at Honolulu. |

**Plaintiff**

**USA**     represented by   **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2008 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3) filed as to defendant Omar Isaac Zamorano, originating in the District of Hawaii. Defendant charged in violation of: 18:3583. Signed by agent I. Navarro, USMS, USMS. (ja) (Entered: 05/13/2008) |
| 05/07/2008 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Omar Isaac Zamorano; defendant's Year of Birth: 1973; date of arrest: 5/6/2008 (ja) (Entered: 05/13/2008) |
| 05/07/2008 | 3 | Defendant Omar Isaac Zamorano arrested on warrant issued by the USDC District of Hawaii at Honolulu. (ja) (Entered: 05/13/2008) |
| 05/07/2008 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Suzanne H. Segal as to Defendant Omar Isaac Zamorano Defendant arraigned and states true name is as charged. Attorney: Hilary L Potashner for Omar Isaac Zamorano, DFPD, present. Governments request for detention is GRANTED. Court orders defendant permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Government moves to UNSEAL the entire case, GRANTED. Court orders defendant held to answer to District of Hawaii. Warrant of Removal and final commitment to issue forthwith. Court Smart: CS 5/7/08. (ja) (Entered: 05/13/2008) |
| 05/07/2008 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Omar Isaac Zamorano (ja) (Entered: 05/13/2008) |
| 05/07/2008 | 7 | FINANCIAL AFFIDAVIT filed as to Defendant Omar Isaac Zamorano. (ja) (Entered: 05/13/2008) |
| 05/07/2008 | 8 | WAIVER OF RIGHTS approved by Magistrate Judge Suzanne H. Segal as to Defendant Omar Isaac Zamorano. (ja) (Entered: 05/13/2008) |
| 05/07/2008 | 9 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Suzanne H. Segal that Defendant Omar Isaac Zamorano be removed to the District of Hawaii (Attachments: # 1 Letter Rule 5(c)(3) - Transfer Out) (ja) (Entered: 05/13/2008) |
| 05/08/2008 | 6 | ORDER OF DETENTION by Magistrate Judge Suzanne H. Segal as to Defendant Omar Isaac Zamorano. (ja) (Entered: 05/13/2008) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 05/19/2008 18:27:22 ||||
| **PACER Login:** | us4139 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-mj-01097-DUTY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |