# MINUTES

CASE NUMBER:        CR 05-00139ACK

CASE NAME:          USA vs.  Omar Isaac Zamorano

ATTYS FOR PLA:      Leslie Osborne

ATTYS FOR DEFT:     Matthew Winter

                    Jonathan Skedelski (USPO)

JUDGE:    Alan C. Kay              REPORTER:    Gloria Bediamol

DATE:     05/21/2008               TIME:        1:30 - 1:50

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Omar Isaac Zamorano present and in custody.

Defendant admits to the 2 violations.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Supervised release is revoked.

Allocation by the defendant.

ADJUDGED:

Imprisonment: 11 Months to be served concurrently as to Counts 1 and 2.

No further supervised release imposed.

JUDICIAL RECOMMENDATION: Terminal Island.

Defendant advised of his right to appeal.

Mittimus forthwith.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.