AO 245D    (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 22 2008
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **OMAR ISAAC ZAMORANO** | Criminal Number: 1:05CR00139-001 |
| (Defendant's Name) | USM Number: 91508-022 |
| | Matthew Winter AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of conditions   General Condition and Special Condition No. 1   of the term of supervision.

[ ]   was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Subject was in the United States without proper authorization | 12/7/06 and 3/29/07 |
| 2 | Subject was convicted of Driving Under the Influence, With a Blood Alcohol Concentration of .08% or Greater | 3/29/07 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

MAY 21, 2008
Date of Imposition of Sentence

Defendant's Soc. Sec. No.:   9663

Defendant's Residence Address:
**Wahiawa, Hawaii 96786**

Signature of Judicial Officer

Defendant's Mailing Address:
**El Segundo, California 90245**

**ALAN C. KAY**, Senior United States District Judge
Name & Title of Judicial Officer

MAY 22 2008
Date

AO 245B     (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER:    1:05CR00139-001 | Judgment - Page 2 of 2 |
| DEFENDANT:    OMAR ISAAC ZAMORANO | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: ELEVEN (11) MONTHS

This term consists of ELEVEN (11) MONTHS to be served concurrently as to Counts 1 and 2.

[✔]    The court makes the following recommendations to the Bureau of Prisons:
Terminal Island

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal